**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**Jermaine F. Brown, OSB #073415**
JermaineBrown@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Neal J. Deckant**
ndeckant@bursor.com
**Julia K. Venditti,** *Pro Hac Vice*
jvenditti@bursor.com
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

*Attorneys for Plaintiff and the Putative Class*
*Additional Counsel on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JULIE EASTERBROOK, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LINKEDIN CORPORATION,<br>　　　　　　　　　　　　Defendant. | Case No. 6:22-cv-01108-MC<br><br>**NOTICE TO VOLUNTARY DISMISSAL** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby gives notice that this action is voluntarily dismissed.

Page 1 -   NOTICE OF VOLUNTARY DISMISSAL

DATED: May 22, 2023.

Respectfully submitted,

**MARKOWITZ HERBOLD PC**

By: *s/Jermaine F. Brown*
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Jermaine F. Brown, OSB #073415
JermaineBrown@MarkowitzHerbold.com
*Of Attorneys for Plaintiff and the Putative Class*

**BURSOR & FISHER, P.A.**

Neal J. Deckant *
ndeckant@bursor.com
Julia K. Venditti, *Pro Hac Vice*
jvenditti@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

Philip L. Fraietta *
pfraietta@bursor.com
Frederick J. Klorczyk III
fklorczyk@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150

\* *Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff and the Putative Class*

1448492

Page 2 -   NOTICE OF VOLUNTARY DISMISSAL