IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE EASTERBROOK, on behalf of
herself and all others similarly situated,

       Plaintiff,
                          Case No. 6:22-cv-01108-MC

      v.                            JUDGMENT

LINKEDIN CORPORATION,

       Defendant.
_____

MCSHANE, Judge:

    Based on the record, this action is DISMISSED.

IT IS SO ORDERED

    DATED this 24th day of May, 2023.

                                    _____/s/ Michael McShane_____
                                              Michael McShane
                                        United States District Judge

JUDGMENT